IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESCHOL B. ANDERSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:08-0495 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) Judge Thomas A. Wiseman, Jr. |
| Defendant. | ) |

### ORDER and FINAL JUDGMENT

Before the Court is Plaintiff Eschol B. Anderson's Motion for Judgment on the Administrative Record (Doc. No. 20) and supporting memorandum (Doc. No. 21) seeking judicial review of the Commissioner's denial of Plaintiff's claim for Supplemental Security Income ("SSI") and Disability Insurance Benefits ("DIB"). The Court withdraws the previous reference to the Magistrate Judge.

For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that the ALJ's decision is supported by substantial evidence in the record, and that the ALJ applied the correct legal principles in reaching his decision. Accordingly, the Plaintiff's Motion is **DENIED** and the decision of the Commissioner **AFFIRMED**. Judgment is hereby entered in favor of the Commissioner and this matter is **DISMISSED**.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge